■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE SPENCER, Appellant. [619 NYS2d 992] —Judgment unanimously affirmed. Memorandum: Defendant was not denied effective assistance of counsel by his counsel's failure to make a timely motion to suppress (see, People v Rivera, 71 NY2d 705, 709). Defendant failed to demonstrate that there was no legitimate explanation for that failure (see, People v Garcia, 75 NY2d 973, 974; People v Duvall, 190 AD2d 988, lv denied 81 NY2d 1013). We conclude that defendant received meaningful representation (see, People v Baldi, 54 NY2d 137, 147). (Appeal from Judgment of Monroe County Court, Connell, J.—Robbery, 2nd Degree.) Present—Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HASAN ALI ABDUR RAQIYB, Formerly Known as CHARLES JACKSON, Appellant, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [619 NYS2d 992] —Judgment unanimously affirmed for reasons stated in decision at Supreme Court, Corning, J. (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present —Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.